```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Richard N. Saunders, III</u>

                      v.

                                              Civil No. 15cv225-JD

<u>Strafford County Department of</u>
<u>Corrections, Superintendent</u>


## O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated June 26 and July 13, 2015.

    SO ORDERED.

                                                    */s/ Joseph A. DiClerico, Jr.*
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date: July 31, 2015

cc:   Richard N. Saunders, III, pro se